# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | |
|---|---|
| RODRIGO RUIZ,<br><br>      Plaintiff,<br><br>vs.<br><br>AARGON AGENCY INC.,<br><br>      Defendant. | CASE NO.:  5:23-cv-84<br><br>**NOTICE OF REMOVAL** |

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 1446(a), Defendant AARGON AGENCY INC. ("Defendant") hereby removes to this Court the civil action described below, as it involves a federal question.

1. On May 31, 2023, Plaintiff RODRIGO RUIZ ("Plaintiff") filed a civil action in the State Court of Texas, Webb County, Small Claims, Precinct 2 Place 1, entitled *RODRIGO RUIZ v. AARGON AGENCY INC.*, Case No. 2023-SC-00994-J2.

2. On July 3, 2023, Plaintiff filed an Amended Complaint. A true and correct copy of Plaintiff's Amended Complaint is attached hereto as Exhibit A.

2. Plaintiff's Amended Complaint was served on Defendant by process server on August 2, 2023

3. Therefore, this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b) within the 30-day removal period.

5. This action involves a federal question in that it arises under the Fair Debt Collection Practices Act (15 U.S.C. § 1692) (the "FDCPA"). It is therefore an action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and

may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(a). (See Exhibit A.)

6. Venue is proper in this district under 28 U.S.C. §1441(a) because this district and division embrace the place where the removed action has been pending.

7. Plaintiff's Complaint does not include a demand for a jury trial.

8. Defendant will promptly file a copy of this Notice of Removal with the clerk of the State Court where the action has been pending.

Respectfully submitted,

Dated: August 16, 2023

/s/ Ashley R. Presson
Ashley R. Presson
Texas Bar No. 24074915
GORDON REES SCULLY MANSUKHANI
2705 Bee Caves Road, Suite 220
Austin, Texas 78746
Telephone: (512) 582-6490
Email: apresson@grsm.com

Attorney for Defendant
AARGON AGENCY INC.

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of August, 2023, a true and accurate copy of the foregoing Notice of Removal was served via mail on the following persons:

>Robert Leach
>Shawn Jaffer
>Allen Robertson
>Phillip Pool
>JAFFER & ASSOCIATES PLLC
>5757 Alpha Rd., Suite 580
>Dallas, TX 75240

>>/s/ Ashley R. Presson
>>Ashley R. Presson