UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

| | |
|---|---|
| RODRIGO RUIZ,<br><br>  Plaintiff,<br><br>vs.<br><br>AARGON AGENCY INC.,<br><br>  Defendant. | ) CASE NO.: 5:23-cv-00084<br>)<br>) **DEFENDANT AARGON AGENCY INC.'s**<br>) **MOTION TO DISMISS FOR FAILURE**<br>) **TO PROSECUTE**<br>) |

## DEFENDANT, AARGON AGENCY, INC'S MOTION TO DISMISS FOR FAILURE TO PROSECUTE

Defendant Aargon Agency Inc. ("Defendant") hereby files this Motion to Dismiss for Failure to Prosecute pursuant to Federal Rule of Civil Procedure 41(b). In support thereof, Defendant shows as follows:

1. On May 31, 2023, Plaintiff filed a civil action in the State Court of Texas, Webb County, Small Claims, Precinct 2, Place 1, entitled Rodrigo Ruiz v. Aargon Agency, Inc., Case No. 2023-SC-00994-J2.

2. Defendant timely removed the matter to federal court on August 16, 2023 [Dkt. No. 1].

3. Defendant timely served Plaintiff with discovery requests on October 20, 2023. As of the date of today's filing, Plaintiff has not objected or otherwise responded to Defendant's discovery requests. Additionally, Plaintiff has failed to designate any expert witnesses.

4. On January 17, 2024, Plaintiff's Counsel filed a Motion to Withdraw as Counsel [Dkt. No. 12] due to counsel's inability to communicate with their client. The Court granted Plaintiff's Counsel's Motion to Withdraw on February 13, 2024 [Dkt. No. 20].

5. After granting Plaintiff's Counsel's Motion to Withdraw, the Court also held a brief status conference on February 13, 2024. At that conference, the Court ordered Defendant

to file a Motion to Dismiss pursuant to Federal Rule of Civil Procedure 41(b) before 5 p.m. CST on February 15, 2024.

6. Pursuant to the Court's February 15, 2024 text order, Defendant hereby timely files its Motion to Dismiss and requests that the above-referenced lawsuit be dismissed in its entirety with prejudice.

7. Defendant further requests any other and further relief to which it may be justly entitled.

Respectfully submitted,

Dated: February 15, 2024

/s/ Ashley R. Presson
Ashley R. Presson
Texas Bar No. 24074915
GORDON REES SCULLY MANSUKHANI
2705 Bees Caves Road, Suite 220
Austin, Texas 78746
Telephone: (512) 582-6490
Email: apresson@grsm.com

Attorney for Defendant
AARGON AGENCY INC.

## CERTIFICATE OF SERVICE

I hereby certify by my signature above that on this 15th day of February, 2024, a true and accurate copy of the foregoing Motion to Dismiss for Failure to Prosecute and Proposed Order Granting same were filed and served via the District Court ECF System on the following persons:

Shawn Jaffer
Stephen Jones
Allen Edgar Robertson III
Phillip Pool
Robert Leach
JAFFER & ASSOCIATES PLLC
5757 Alpha Rd., Suite 580
Dallas, TX 75240
shawn@jaffer.law
stephen@jaffer.law
sdtx@jaffer.law